UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Christopher Bullock</u>

    v.                          Case No. 04-cv-090-JD

<u>United States of America</u>


<u>NOTICE OF RULING</u>

Re:  Document No. 8, Petitioner's Motion Under Rule 60(b)(4)(5), and (6) Seeking Relief from Judgment

      Ruling: Motion denied. This motion purportedly brought under Rule 60 is in actuality a successive petition under § 2255. Petitioner has not obtained a certificate from the court of appeals authorizing this motion. Furthermore, <u>Booker</u> is not retroactive and therefore there is no merit to the motion.


                              Entered by:  Joseph A. DiClerico, Jr.
                                         U.S. District Judge


Date:  August 22, 2005

cc:  Christopher Bullock, pro se
     Peter E. Papps, Esquire